UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

WALTER JOHN BONIN, JR.,                     Civil No. 08-1586 DSD/SRN

          Petitioner,

v.

                                             **ORDER**

UNITED STATES OF AMERICA,

          Respondent.

---

     The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated November 3, 2008. No objections have been filed to that Report and Recommendation in the time period permitted.

     Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

     IT IS HEREBY ORDERED that:

     1. Petitioner's application for a writ of habeas corpus, (Docket No. 1), is **DENIED AS MOOT**;

     2. Petitioner's "Motion Pursuant To RICO Conspiracy," (Docket No. 3), is **DENIED**;

     3. Petitioner's "Motion To The Interception Of Wiretap And Electronic Surveillance," (Docket No. 5), is **DENIED**;

     4. Petitioner's "Motion For RICO Conspiracy," (Docket No. 7), is **DENIED**; and

2

    5.  This action is **DISMISSED**.

DATED:   November 25, 2008

                                                                   s/David S. Doty
                                                                     David S. Doty, Judge
                                                                     United States District Court